## STATEMENT OF FACTS

On May 3, 2020, at approximately 9:02 p.m., an individual later identified as Marlon Jose Zapata Mejia ("Zapata Mejia" or "Defendant") entered the restricted area surrounding the White House in Washington, D.C.

The White House complex, which includes, among other things, the White House Mansion and the White House grounds, is a restricted area in Washington, D.C. Only people with authorized access are permitted inside the White House complex, which has both permanent and movable security barriers surrounding it ("security barriers"). There are signs posted along the security barriers that state "Restricted Area, Do Not Enter."

Officer Alvaro Echevarria of the United States Secret Service ("USSS" or "Secret Service") was standing on patrol along the 1600 block of Pennsylvania Avenue, NW, in front of the White House complex when he observed the Defendant. A security barrier was in place surrounding the White House complex, including multiple sections of temporary security fencing. Multiple signs were posted in the vicinity, advising that inside the barrier was a restricted area. Officer Echevarria was in full police uniform at the time.

The Defendant approached the security barrier and placed his hands on the security barrier. The Defendant then jumped over the barrier into the restricted area of the White House grounds. Officer Echevarria immediately detained the Defendant.

Two additional USSS officers arrived on scene and properly identified themselves to the Defendant as Secret Service personnel. The Defendant agreed to answer questions. The Defendant stated that he had driven his dad's silver car from Gaithersburg, MD, to the White House and parked in front of the U.S. Veterans Affairs Department, which is located at Vermont Avenue and H Street, NW. The Defendant explained that he had seen President Trump on TV and thought his "mouth was moving weird" and that he was under a "witchcraft spell" regarding coronavirus. The Defendant repeatedly invoked "the family" as the ones who "put a spell" on the President. The Defendant told the USSS that he had come to warn the President.

The Defendant further explained that on Tuesday, April 28, he had left Florida, where he lived with his wife and her two children. The Defendant explained that he came from Florida to Gaithersburg, MD, to visit his parents for two weeks. He said that he was unemployed due to the coronavirus and that he missed his mom and dad. The Defendant was very apologetic for his actions, explaining that "this is the first time" and "I've never done anything like this." The Defendant also stated he did not tell anyone he was coming to the White House—especially his sister, because she would think "he's crazy."

The Defendant was appropriately dressed for the mid-60s temperatures and appeared to practice good hygiene. The Defendant seemed fixated on the coronavirus. The Defendant repeatedly stated that "people are dying" and it is because President Trump does not know he is "under a spell" by "the family." The Defendant does not want to hurt the President, the First Family, or himself. The Defendant kept stating that he is a "Christian" and claimed to not drink or do drugs.

The Defendant was placed under arrest for Unlawful Entry at approximately 9:58 p.m.

Based on the foregoing, your affiant submits that there is probable cause to believe that the Defendant violated 18 U.S.C. § 1752(a)(1) (Unlawful entry into restricted grounds) and 22 D.C. Code § 3302(b) (Unlawful entry on property).

_____
Alvaro Echevarria
Officer, United States Secret Service
Badge Number 2284

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 4th day of May, 2020.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge